In the Matter of the Application of FRANK P. REIZIZ, Petitioner, for a Certiorari Order against WILLIAM SCHROEDER, JR., and LEONARD C. L. SMITH, Members of

---

* Affd., 262 N. Y. 699.

the Sanitation Commission of the City of New York, and CHARLES F. GRIFFIN, Deputy Commissioner, Respondents.— Determination of the department of sanitation of the city of New York unanimously confirmed and certiorari proceeding dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.